# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151560

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTONIO DONTAE SMITH,
        Defendant-Appellant.

SC: 151560
COA: 325720
Kent CC: 14-000179-FH

_____/

      On order of the Court, the application for leave to appeal the April 22, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

s1202